# SUPREME COURT

# SPECIAL TERM REPORTS.

## VOL. 3.

### Augustus Smith vs. Hosea W. Brown.

A bill of particulars served by Defendant, containing *seven* items for money paid, goods sold, and money lent, all of the same date, except three: *Held,* not a sufficient account to entitle the Plaintiff to a reference, in an action of assumpsit on a promissory note.

*December Special Term,* 1846. *Motion by Plaintiff for reference.*—This was an action of assumpsit, commenced by declaration, with a copy of a promissory note annexed, and notice that it was the plaintiff's only cause of action, and his bill of particulars in the cause.

Defendant pleaded the general issue and gave notice of set-off generally. Defendant's attorneys served a bill of particulars, as follows:

| | | |
|---|---|---:|
| 1846, May 16. | To cash paid by Defendant to Rensselaer County Mutual Insurance Company, for Plaintiff, for assessment declared June 19, 1845, on his premium note, $74 62, to said company, policy No. 1516, of said Company, issued to him, . . . . . . . | $5 22 |
| " " " | Other money paid by Defendant to Rensselaer County Mutual Insurance Company for Pl'tiff., | 5 22 |
| " " " | Other money paid by Defendant to Benj. Wilkeson, agent for Rensselaer County Mutual Insurance Company for Plaintiff, . | 5 22 |
| " " " | Other money paid by Defendant to Benj. Wilkeson for Plaintiff, . . . . | 5 22 |
| 1846, Aug. 1. | Twelve lbs. Sugar, at 9 cents, sold and delivered by Defendant to Plaintiff, . . | 1 08 |
| " " " | One lb. Young Hyson Tea, at 6s., sold and delivered by Defendant to Plaintiff, . . | 75 |
| " " " | Cash lent by Defendant to Plaintiff, . | 163 81 |

Issue was joined Oct. 2, 1846. Plaintiff moved on an affidavit, which stated that the trial of the cause would require the examination of a long account on the part of the Defendant as he believed, and as he learned from Defendant's attorneys, and the Defendant's bill of particulars in the cause—Plaintiff's counsel cited 1 John. Cases, 116; 4 Hill, 64, 548.

M. I. TOWNSEND, *Plffs Counsel.*    R. M. TOWNSEND, *Plffs Atty.*
J. ROMEYN, *Defts Counsel.*          SEYMOURS & ROMEYN, *Defts Attys.*

JEWETT, Justice.—Decided that the bill of particulars did not show a *sufficient account* for reference.

Motion denied with costs.